# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00429-CV

**Harold Freeman and Shelley Mullins, Appellants**

**v.**

**Heartland Automotive Services, Inc. d/b/a Heartland Ventures, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN402400, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Harold Freeman and Shelley Mullins have filed a motion to dismiss their appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed:   December 13, 2005